UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAULA S. BHATT, | Civil Action No. 3:16-cv-5654 BRM-DEA |
| Plaintiff, | |
| v. | MEMORANDUM OPINION AND ORDER |
| COMMISSIONER OF NJ DOL et al., | |
| Defendants. | |

This matter comes before the Court on an informal Application by Defendants[1] for an Order compelling Plaintiff to respond to certain outstanding discovery requests. *See* Def. Letter to the Court dated August 15, 2018. ECF No. 80. Specifically, in June 2018 the New Jersey Department of Labor Defendants served interrogatories to be answered by Plaintiff. Id. at 2. To date, Plaintiff has not responded.

In addition, the Court conducted a telephone status conference on August 15, 2018. Plaintiff failed to participate in that conference. During that conference, defense counsel represented to the Court that neither has had any communication from Plaintiff other than an email acknowledgement from Plaintiff on July 25, 2018. Further, despite several requests, Plaintiff has not provided any telephone contact information.

During a previous telephone status conference with the Court on May 16, 2018, Plaintiff advised that she was traveling out of the country until late June, when she expected to return from India. As of this writing, the Court has had no further communication from Plaintiff

---

[1] By Order dated September 18, 2018, U.S. District Judge Brian R. Martinotti granted Defendant Middlesex County Welfare Board's Motion to Dismiss Plaintiff's First Amended Complaint. ECF No. 78.

1

including no response to the instant application. Accordingly, good cause appearing for the entry of this Order

**IT IS** on this of 25th day of October 2018,

**ORDERED** that Plaintiff must serve answers to the New Jersey Department of Labor Defendants' interrogatories by November 30, 2018. Failure to do so may result in the imposition of sanctions, including dismissal of Plaintiff's Complaint; and it is

**FURTHER ORDER** that the Court will conduct a telephone status conference on **December 19, 2018 at 10:30 a.m.** Defense counsel must initiate the call. Plaintiff is advised that failure to participate in the conference may result in the imposition of sanctions, including dismissal of Plaintiff's Complaint; and it is

**FURTHER ORDERED** that a copy of this Order shall be mailed to Plaintiff by the Clerk of the Court to her address of record and service by counsel for the New Jersey Department of Labor Defendants by electronic mail.

       s/ Douglas E. Arpert
      **DOUGLAS E. ARPERT**
      **UNITED STATES MAGISTRATE JUDGE**