# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAULA S. BHATT, | |
| Plaintiff, | |
| v. | Civil Action No. 16-5654-BRM-DEA |
| COMMISSIONER OF NJ DOL, *et al.*, | **ORDER** |
| Defendants. | |

**THIS MATTER** having been opened to the Court on the *sua sponte* Report and Recommendation of the Honorable Douglas E. Arpert, U.S.M.J., dated December 12, 2018 (ECF No. 84); the parties having been given the opportunity to respond or object to Judge Arpert's Report and Recommendation by December 26, 2018; the parties having failed to respond or object to the Report and Recommendation to date; the Court having reviewed the Report and Recommendation; and it appearing, for good cause, that adoption of the Report and Recommendation without modification is warranted;

**IT IS** on this 16th day of January 2019,

**ORDERED** that the Report and Recommendation (ECF No. 84) is hereby adopted and entered; and it is further

**ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that this case be marked **CLOSED**.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**